1   Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
2   9845 Erma Road, Suite 300
San Diego, California 92131
3   (619) 500-6683
(619) 810-2980 fax
4   *roberto@robertorobledo.com*

Arjun P. Rao (SBN 265347)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086
(310) 556-5800
(310) 556-5959 fax
*arao@stroock.com*

5   Attorneys for Plaintiff Joseph Megow

Attorneys for Chase Bank USA, N.A.

6

7

UNITED STATES DISTRICT COURT
8   SOUTHERN DISTRICT OF CALIFORNIA

9

10   **Joseph Megow**, an individual,

Case No. 17-cv-104-GPC-JLB

11       Plaintiff,

12       v.

**Joint Motion Re: Dismissal of Entire Action and All Parties With Prejudice, Pursuant to FRCP 41(a)(1)**

13   **Chase Bank USA, N.A.**,

14       Defendant.

15

16   ///

17   ///

18   ///

19

20

21

22

23

24

25

26

27

28

Joint Motion Re Dismissal—1

1
2
3
4
5

   IT IS HEREBY STIPULATED between Plaintiff Joseph Megow and Defendant Chase Bank USA, N.A. through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.  Each party shall bear his or its own attorneys' fees, costs and expenses.

6

7  Dated: May 12, 2017.    Law Offices of Roberto Robledo

8              */s/ Roberto Robledo*
                Attorneys for Plaintiff
9              Joseph Megow

10

11  Dated: May 12, 2017.    Stroock & Stroock & Lavan LLP.

12              */s/ Arjun P. Rao*
                Attorneys for Defendant
13              Chase Bank USA, N.A.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Motion Re Dismissal—2

**Signature Certification**

Pursuant to § 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Arjun P. Rao, counsel for Defendant Chase Bank USA, N.A., and have obtained their authorization to affix his electronic signature to this document.

Dated:   May 12, 2017.                    Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff
Joseph Megow

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action.  I am employed in the County of San Diego, California.  My business address is 9845 Erma Road, Suite 300, San Diego, California 92131.  On the same day as this Certificate was executed, I electronically filed the following documents:

**Joint Motion Re: Dismissal of Entire Action and All Parties**

**With Prejudice, Pursuant to FRCP 41(a)(1)**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) on the following parties in this action:

> Arjun P. Rao
> STROOCK & STROOCK & LAVAN LLP
> 2029 Century Park East
> Los Angeles, CA  90067-3086

Attorneys for Defendant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this, the 12th day of May, 2017, at San Diego, California.

*/s/ Roberto Robledo*

Roberto Robledo
Law Offices of Roberto Robledo
9845 Erma Road, Suite 300
San Diego, CA 92131
(619) 500-6683

Attorneys for Plaintiff