UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MEGOW, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>                                    Defendant. | Case No.:  17-cv-104-GPC-JLB<br><br>**Order Granting Joint Motion to Dismiss With Prejudice [Doc. 15]** |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice.  Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE**.  Each party shall bear his or its own attorneys' fees costs and expenses.

**IT IS SO ORDERED.**

Dated:  May 17, 2017

Hon. Gonzalo P. Curiel
United States District Judge

1